[jiffyord] [Bench Order +]

ORDERED.

Dated:  June 19, 2018

Karen S. Jennemann
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:                                          Case No. 6:18−bk−01876−KSJ
                                                Chapter 13

Lisa Diane Garbers

_____Debtor*_____/

### ORDER DENYING MOTION FOR RECONSIDERATION

THIS CASE came on for hearing on  June 19, 2018 , for consideration of the **Motion for Reconsideration** (Doc. **30** ), filed by **Creditor Wilmington Savings Fund Society, FSB, D/B/A/ Christiana Trust, as Owner Trustee of the Residential Credit Opportunities Trust III** .

For the reasons stated orally and recorded in open court, the Motion for Reconsideration is Denied .

The Court in its discretion may file written findings of facts and conclusions of law at a later date.

Service Instructions:

Attorney Chase Berger is directed to serve a copy of this order on interested non−CM/ECF users and file a proof of service within three (3) days of entry of the order.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.