**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

In Re:

Lisa Diane Garbers                                                         Chapter: 13
                                                                                      Case No. 6:18-bk-01876-KSJ

      Debtor(s).
_____/

**NOTICE OF MEDIATION**

YOU ARE HEREBY NOTIFIED that a Mediation will be held pursuant to the Order Directing Mortgage Modification Mediation and Establishing Mediation Compensation (DE# 26) at the office of Justin Clark & Associates PLLC, 500 Winderley Place, Unit 100, Maitland, FL 32771, on **July 23, 2018, at 4:00p.m.**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that copies of the foregoing Notice of Mediation have been furnished by regular U.S. Mail or electronically via ECF to Laurie K. Weatherford, PO Box 3450, Winter Park, FL 32790; Creditor Wilmington Savings Fund Society FSB d/b/a Christina Trust, c/o Berger Firm PA, 3050 Biscayne Bay, Ste 402, Miami, FL 33137; and to Debtor Lisa Diane Garbers, 104 Rose Briar Drive, Longwood, FL 32705, this 3rd day of July, 2018.

By: /s/ Wayne B. Spivak
Wayne B. Spivak, Esq.
Florida Bar No. 38191
Justin Clark & Associates, PLLC
Attorney for Debtor
500 Winderley Place, Unit 100
Maitland, FL 32751
Tel: 321-282-1055
Fax: 321-282-1051
Email: wspivak@youhavepower.com