UNITED STATES BANKRUPTCY COURT MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
Case No.6:18-bk-01876 KSJ- Ch. 13

In Re:
Lisa Diane Garbers
Debtor.
_____/

**FINAL MEDIATION REPORT**

In accordance with the Mortgage Modification Mediation Order a mediation conference was conducted by Viktoria Collins, Florida Supreme Court Certified Circuit Civil Mediator, on July 23, 2018.

(1) The following were present at the mediation conference:

   (a) Creditor's representative Ron McMahan (via telephone) and Creditor's attorney, Peter Kelly, Esquire (via telephone).

   (b) Debtor Lisa Garbers and Debtor's attorney Wayne Spivak, Esquire and paralegal Melissa Spivak.

(2) The results of the conference are indicated below:

   No agreement was reached.

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished by electronic mail to:

**Debtors**, c/o **Debtors' Counsel**,  Wayne Spivak, Esquire, Attorneys Justin Clark & Associates, 500 Winderley PL, Ste. 100, Maitland, FL 32751.

**Chapter 13 Trustee**, Laurie K. Weatherford, PO Box 3450, Winter Park, FL 32792;

**Creditor**, c/oCreditor's Counsel, Peter Kelly, Esq. , Berger Firm, 2410 Hollywood Blvd. Hollywood FL 33020.

Respectfully submitted this 24th day of July, 2018.

/s Viktoria Collins
Viktoria Collins, Esquire
Circuit Court Mediator
Certification No.: 20426CFRA
Fla. Bar No. 0521299
200 South Knowles Avenue
Winter Park, FL 32789
Telephone: (407) 790 4173
Facsimile:   (407) 347 4092