IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                                                                      Case No.: 6:18-01876
                                                                                                  Chapter 7

LISA GARBERS

_____ DEBTOR _____/

## TRUSTEE'S RESPONSE TO MOTION FOR RELIEF FROM STAY

Arvind Mahendru, Trustee, files this Response to Wilmington Savings Fund Society's Motion for Relief from Stay, in the above-captioned case and in support thereof states:

1. Wilmington Savings Fund Society filed a Motion for Relief from Stay (Doc. No. 10).

2. Movant seeks to lift the stay with regard to a property located at 4104 Rose Briar Drive, Longwood, FL 32750 (hereinafter "the Property"), purportedly so that they may pursue their in rem remedies in state court. The Trustee is actively attempting to sell the Property for the benefit of Wilmington Savings Fund Society and the unsecured creditors of the estate. The Trustee believes that any action taken to foreclose on the Property would be adverse to the efforts of the Trustee and to that end opposes the Motion for Relief.

3. Wilmington Savings Fund Society may not be the correct party in interest as they have not attached any supporting documents to show they are the owners of the secured debt.

**WHEREFORE**, the Trustee respectfully requests that the Court deny the Motion for Relief from Stay and for any other relief as the Court deems just.

Respectfully submitted,

 /s/ Arvind Mahendru
Arvind Mahendru, Esq.

5703 Red Bug Lake Rd. #284<br>
Winter Springs, FL 32708<br>
407-504-2462

## **CERTIFICATE OF SERVICE**

      I certify that a true and correct copy of the foregoing document was served by electronic delivery or US first class mail to all parties listed below on August 9, 2018.

Lisa Diane Garbers, 104 Rose Briar Drive, Longwood, FL 32750;

Wayne B Spivak, Attorneys Justin Clark & Associates PLLC, 500 Winderley Place, Unit 100, Maitland, FL 32751

Wilmington Savings Fund Society c/o Chase A. Berger, Esq. via ECF

/s/ Arvind Mahendru<br>
Arvind Mahendru